# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 30, 2020

160824

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

QUINTON MICHAEL GOREE,
        Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 160824
COA: 350642
Kent CC: 11-008863-FC

On order of the Court, the application for leave to appeal the November 20, 2019 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 30, 2020

Clerk

s0622